## McRAE *v.* ATLANTA TITLE & TRUST Co. *et al.*

BECK, P. J. Applying the rulings made by this court in the case of *Atlanta Title & Trust Co.* v. *Tidwell,* 173 *Ga.* 499 (160 S. E. 620), to the controlling questions in the present case as they are made by the pleadings and the evidence, the court did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Hines, J., who dissent.*

GILBERT, J., concurs specially for reasons stated in his special concurrence in the case cited above.

No. 8414. FEBRUARY 10, 1932.

*William G. McRae,* for plaintiff.

*Tye, Thomson & Tye, Harold Hirsch, Marion Smith, M. E. Kilpatrick,* and *Charles B. Shelton,* for defendant.